UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

MARTHA LILIANA NAVARRETE,                                    Petitioner,

v.                                          Civil Action No. 4:26-cv-257-DJH

MARKWAYNE MULLIN, Secretary,
Department of Homeland Security et al.,                      Respondents.

* * * * *

## ORDER

On May 19, 2026, the Court ordered Respondents to immediately release Petitioner Martha Liliana Navarrete from custody.  (Docket No. 13)  The Court further ordered Respondents to file a notice of compliance no later than May 21, 2026.  (*See id.*, PageID.148)  No such notice has been filed.  Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that within **three (3) days** of entry of this Order, Respondents shall **SHOW CAUSE** why they have not filed a notice of compliance in this matter.

May 22, 2026

**David J. Hale, Chief Judge**
**United States District Court**

1